[No. 66144-2-I.   Division One.   March 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD STEVEN CABELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00142-6, Alan R. Hancock, J., entered October 14, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Lau, JJ.

[No. 66443-3-I.   Division One.   March 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RENE SANTIAGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05551-0, Cheryl B. Carey, J., entered December 17, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.

[No. 67307-6-I.   Division One.   March 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. P.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00050-0, Christopher A. Washington, J., entered May 12, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 67318-1-I.   Division One.   March 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFONZIA ALLEN, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03128-0, Laura Gene Middaugh, J., entered June 22, 2011. *Dismissed* by unpublished per curiam opinion.